KATZ v. H. & H. MFG. CO. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by Maurice J. Katz against the H. & H. Manufacturing Com-

pany. No opinion. Motion for leave to go to Court of Appeals granted. Motion for stay denied. See memorandum per curiam.

In re KEARNEY'S ESTATE. (Supreme Court, Appellate Division, First Department. January 19, 1906.) In the matter of Thomas J. Kearney, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

KEEFE, Respondent, v. LIVERPOOL & LONDON & GLOBE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 3, 1906.) Action by Marcella M. Keefe against the Liverpool & London & Globe Insurance Company. No opinion. Judgment and order affirmed, with costs.